UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON OSORIO,<br><br>    Petitioner,<br><br>  v.<br><br>BARNES, Warden,<br><br>    Respondent. | Case No. 12-10474 JLS(JC)<br><br>JUDGMENT |

  Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: October 19, 2015

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE